**Exhibit A**

<sub>Case: 1:13-cv-01790 Document #: 1-1 Filed: 03/07/13 Page 2 of 4 PageID #:23</sub>

| Doe | Host IP Address | Hit Date (UTC) | File Hash | ISP | Region |
|---|---|---|---|---|---|
| 1 | 108.226.216.156 | 11/02/2012 08:59:55 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | AT&T U-verse | Illinois |
| 2 | 99.47.185.186 | 11/03/2012 11:00:21 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | AT&T U-verse | Illinois |
| 3 | 24.1.139.88 | 11/03/2012 01:43:16 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 4 | 71.194.87.93 | 11/03/2012 07:17:39 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 5 | 108.82.77.72 | 11/04/2012 01:05:54 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | AT&T Internet Services | Illinois |
| 6 | 71.143.233.40 | 11/04/2012 04:08:33 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | AT&T Internet Services | Illinois |
| 7 | 71.201.136.153 | 11/04/2012 08:38:57 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 8 | 99.32.26.42 | 11/04/2012 04:45:16 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | AT&T U-verse | Illinois |
| 9 | 67.163.24.214 | 11/05/2012 04:40:48 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 10 | 67.173.54.231 | 11/06/2012 12:04:22 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 11 | 71.239.202.37 | 11/06/2012 08:00:21 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 12 | 71.194.187.150 | 11/06/2012 11:18:23 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 13 | 98.206.232.114 | 11/07/2012 06:00:55 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 14 | 69.47.14.103 | 11/07/2012 08:07:14 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | WideOpenWest | Illinois |
| 15 | 76.16.120.244 | 11/08/2012 04:35:09 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 16 | 99.124.149.95 | 11/08/2012 05:45:55 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | AT&T U-verse | Illinois |
| 17 | 24.1.234.196 | 11/08/2012 09:14:19 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 18 | 75.2.243.114 | 11/08/2012 10:00:47 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | AT&T Internet Services | Illinois |
| 19 | 50.148.86.54 | 11/09/2012 08:13:42 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 20 | 71.194.188.14 | 11/10/2012 06:11:07 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 21 | 173.31.59.177 | 11/10/2012 12:24:04 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Mediacom Communications Corp | Illinois |
| 22 | 71.239.55.183 | 11/11/2012 02:58:00 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 23 | 98.227.194.142 | 11/11/2012 04:16:59 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 24 | 98.228.40.240 | 11/12/2012 05:00:03 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 25 | 98.215.20.24 | 11/12/2012 02:34:44 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 26 | 71.239.143.235 | 11/13/2012 01:24:06 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 27 | 70.225.176.144 | 11/13/2012 11:29:28 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | AT&T Internet Services | Illinois |
| 28 | 24.192.84.209 | 11/14/2012 03:23:28 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | WideOpenWest | Illinois |
| 29 | 98.215.121.17 | 11/14/2012 05:43:57 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 30 | 107.205.68.159 | 11/14/2012 07:04:49 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | AT&T Internet Services | Illinois |
| 31 | 24.178.226.76 | 11/14/2012 10:55:31 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Charter Communications | Illinois |

| # | IP Address | Date/Time | Hash | ISP | State |
|---|---|---|---|---|---|
| 32 | 75.34.18.220 | 11/14/2012 03:40:46 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | AT&T Internet Services | Illinois |
| 33 | 99.164.12.85 | 11/14/2012 09:38:19 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | AT&T U-verse | Illinois |
| 34 | 98.212.224.195 | 11/15/2012 12:24:50 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 35 | 68.54.116.41 | 11/16/2012 01:37:35 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 36 | 24.15.16.25 | 11/16/2012 02:42:55 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 37 | 75.34.162.60 | 11/16/2012 04:02:10 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | AT&T Internet Services | Illinois |
| 38 | 71.194.15.140 | 11/16/2012 04:33:25 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 39 | 24.13.14.224 | 11/16/2012 06:28:25 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 40 | 75.57.122.82 | 11/16/2012 06:39:27 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | AT&T Internet Services | Illinois |
| 41 | 24.14.130.173 | 11/17/2012 07:00:48 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 42 | 69.209.50.86 | 11/17/2012 11:27:46 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | AT&T Internet Services | Illinois |
| 43 | 67.184.96.100 | 11/18/2012 06:46:25 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 44 | 98.222.75.192 | 11/18/2012 10:27:21 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 45 | 108.228.141.117 | 11/18/2012 06:59:14 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | AT&T U-verse | Illinois |
| 46 | 98.213.93.93 | 11/19/2012 02:01:39 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 47 | 71.239.46.247 | 11/19/2012 02:06:18 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 48 | 108.65.238.168 | 11/20/2012 01:37:38 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | AT&T U-verse | Illinois |
| 49 | 98.215.77.197 | 11/20/2012 01:42:49 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 50 | 99.103.238.222 | 11/20/2012 04:09:16 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | AT&T Internet Services | Illinois |
| 51 | 108.66.50.93 | 11/20/2012 08:01:35 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | AT&T Internet Services | Illinois |
| 52 | 50.148.36.114 | 11/20/2012 11:20:40 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 53 | 108.207.82.238 | 11/21/2012 01:07:15 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | AT&T U-verse | Illinois |
| 54 | 108.86.85.225 | 11/21/2012 01:12:20 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | AT&T U-verse | Illinois |
| 55 | 71.201.142.7 | 11/21/2012 05:26:30 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 56 | 75.34.25.255 | 11/21/2012 08:37:17 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | AT&T Internet Services | Illinois |
| 57 | 71.194.162.242 | 11/22/2012 12:27:52 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 58 | 76.16.177.191 | 11/22/2012 07:45:41 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 59 | 108.66.153.192 | 11/23/2012 03:33:25 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | AT&T U-verse | Illinois |
| 60 | 98.206.122.182 | 11/23/2012 04:37:52 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 61 | 99.116.29.7 | 11/23/2012 04:54:18 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | AT&T U-verse | Illinois |
| 62 | 76.230.85.38 | 11/23/2012 10:07:12 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | AT&T U-verse | Illinois |
| 63 | 98.253.99.29 | 11/24/2012 03:57:19 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |

| # | IP Address | Date/Time | Hash | ISP | State |
|---|---|---|---|---|---|
| 64 | 71.228.60.143 | 11/24/2012 04:15:26 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 65 | 98.253.62.155 | 11/24/2012 06:26:21 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 66 | 68.74.65.191 | 11/24/2012 07:14:41 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | AT&T Internet Services | Illinois |
| 67 | 98.214.228.112 | 11/24/2012 09:44:59 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 68 | 76.29.64.222 | 11/24/2012 10:51:53 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 69 | 67.173.50.57 | 11/24/2012 02:09:30 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 70 | 99.24.232.254 | 11/24/2012 06:04:04 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | AT&T Internet Services | Illinois |
| 71 | 50.83.125.28 | 11/24/2012 06:58:49 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Mediacom Communications Corp | Illinois |
| 72 | 67.175.15.158 | 11/24/2012 07:09:24 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 73 | 75.132.154.247 | 11/24/2012 08:14:04 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Charter Communications | Illinois |
| 74 | 67.175.175.177 | 11/25/2012 12:24:05 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 75 | 99.108.216.215 | 11/25/2012 05:58:39 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | AT&T U-verse | Illinois |
| 76 | 68.60.255.12 | 11/25/2012 03:28:41 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 77 | 24.14.232.86 | 11/25/2012 05:01:02 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 78 | 67.162.18.148 | 11/25/2012 07:06:50 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 79 | 24.1.188.244 | 11/26/2012 01:02:13 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 80 | 99.57.38.106 | 11/26/2012 05:43:01 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | AT&T U-verse | Illinois |
| 81 | 50.141.139.137 | 11/27/2012 04:00:42 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 82 | 97.92.210.167 | 11/27/2012 07:58:06 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Charter Communications | Illinois |
| 83 | 71.239.190.184 | 11/28/2012 02:01:02 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 84 | 67.163.89.79 | 11/28/2012 11:28:01 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 85 | 50.129.207.215 | 11/29/2012 03:08:48 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |