IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| reFX Audio Software, Inc. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOES 1-85. )<br>)<br>Defendants. )<br>) | Case No. 1:13-CV-01790<br><br>JURY TRIAL DEMANDED |

CONSENT JUDGMENT

In this action, plaintiff reFX Audio Software, Inc. ("reFX") filed a First Amended Complaint against defendant (and others) in this Court. The Amended Complaint alleged *inter alia*, that the defendants unlawfully copied and distributed plaintiff's copyrighted work.

Defendant Doe No. 52 ("Defendant") has been identified by plaintiff's investigator and confirmed as a customer of Comcast Corporation.

To resolve the claims specific to this defendant, plaintiff reFX and Defendant have reached a settlement which requires entry of this stipulated consent judgment to fully effect the terms of the settlement and have asked the Court to accept and enter this Stipulated Consent Judgment and to proceed consistent with this agreement.

WHEREFORE, it is hereby stipulated and ordered:

1. This Court has jurisdiction over the parties and venue is proper.

2. Plaintiff has valid and enforceable rights in the original copyrighted works registered with the United States Copyright Office, Reg. Nos. TX 7-551-179, No. TX 7-551-176, No. TX 7-551-724, and No. TX 7-551-181.

3. Defendant confirms that he/she unlawfully copied plaintiff's copyrighted work, but that he has now deleted all versions from all computers in his/her possession, custody or control.

4. Defendant consents to this Consent Judgment as a settlement of disputed claims in this case.

5. Defendant Doe 52 is PERMANENTLY ENJOINED from directly, contributorily or indirectly infringing Plaintiff's rights in the copyrighted work.

Date:_____  BY:_____

United States Judge
Honorable Edmond E. Chang

So Stipulated and Respectfully Submitted:

On Behalf of John Doe 52:

Barbara Raffaldini
PACHTER, GREGORY &
RAFFALDINI, PC
790 Estate Drive, Suite 150
Deerfield, Illinois 60015
Ph: (847) 317-7350
Fax:   (847) 317-7355

On behalf of Plaintiff:

Paul A. Lesko – IL Bar No. 6288806
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC
One Court Street
Alton, IL 62002
Ph: 618.259.2222
Fax: 618.259.2251
Email: plesko@simmonsfirm.com

2