**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| reFX AUDIO SOFTWARE, INC. ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:13-cv-01790 |
| ) | |
| DOES 1-85, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**MOTION FOR ENTRY OF CONSENT JUDGMENT**

COMES NOW, reFX Audio Software, Inc. and respectfully request that the Court enter the proposed consent judgment, attached as Exhibit A.

Dated: June 11, 2013

Respectfully submitted,

By: /s/ *Paul A. Lesko*
Paul A. Lesko
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC
One Court Street
Alton, IL 62002
Ph: 618.259.2222
Fax: 618.259.2251
plesko@simmonsfirm.com

Patrick J. Keating – IL Bar No. 6211380
230 West Monroe, Suite 2221
Chicago, Illinois 60606
Ph: 312-759-7500
Fax: 312-759-7516
pkeating@simmonsfirm.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record.

          /s/ *Paul A. Lesko*_____

          *Attorney for Plaintiff reFX Audio Software, Inc.*