**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| reFX AUDIO SOFTWARE, INC. | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 1:13-cv-01790 |
| | ) |
| DOES 1-85, | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

## MOTION FOR ENTRY OF CONSENT JUDGMENT

COMES NOW, reFX Audio Software, Inc. and respectfully request that the Court enter the proposed consent judgment, attached as Exhibit A.

Dated: June 11, 2013

    Respectfully submitted,

    By: /s/ *Paul A. Lesko*
    Paul A. Lesko
    SIMMONS BROWDER GIANARIS
    ANGELIDES & BARNERD LLC
    One Court Street
    Alton, IL 62002
    Ph: 618.259.2222
    Fax: 618.259.2251
    plesko@simmonsfirm.com

    Patrick J. Keating – IL Bar No. 6211380
    230 West Monroe, Suite 2221
    Chicago, Illinois 60606
    Ph: 312-759-7500
    Fax: 312-759-7516
    pkeating@simmonsfirm.com

# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record.

/s/ *Paul A. Lesko*_____

***Attorney for Plaintiff reFX Audio Software, Inc.***