IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| reFX AUDIO SOFTWARE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:13-CV-01790 |
| | ) |
| Does 1-85, | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendants. | ) |
| | ) |

## DISMISSAL OF DOE NOS. 35, 36, 38, 52, 60, 67, 71, AND 73 PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(i)

Plaintiff hereby files this Notice of Dismissal of Doe Numbers 35, 36, 38, 52, 60, 67, 71, and 73. This Notice of Dismissal is specific to Doe Defendants 35, 36, 38, 52, 60, 67, 71, and 73 and does not apply to any Defendants other than the Defendants listed herein. Does 35, 36, 38, 52, 60, 67, 71, and 73 have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure is therefore appropriate. After this dismissal seventy-seven (77) Defendants will remain in this action.

Plaintiff hereby dismisses Doe Defendants 35, 60, 67, and 73 **without prejudice.**

Plaintiff hereby dismisses Doe Defendants 36, 38, 52, and 71 **with prejudice.**

Respectfully submitted,

PLAINTIFF reFX AUDIO SOFTWARE, INC.

By its attorneys,
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

Dated: June 19, 2013   By: /s/ Paul A. Lesko
Paul A. Lesko – IL Bar No. 6288806
One Court Street
Alton, IL 62002
Ph: 618.259.2222
Fax: 618.259.2251
plesko@simmonsfirm.com

Patrick J. Keating – IL Bar No. 6211380
230 West Monroe
Suite 2221
Chicago, Illinois 60606
Ph: 312-759-7500
Fax: 312-759-7516
pkeating@simmonsfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record.

/s/ Paul A. Lesko

*Attorney for Plaintiff reFX Audio Software, Inc.*