IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| reFX AUDIO SOFTWARE, INC., | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Case No. 1:13-CV-01790 |
| | ) |
| Does 1-85, | ) **JURY TRIAL DEMANDED** |
| | ) |
| *Defendants.* | ) |

**DISMISSAL OF DOE NOS. 25 AND 57
PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(i)**

Plaintiff hereby files this Notice of Dismissal of Doe Numbers 25 and 57. This Notice of Dismissal is specific to the 2 Doe Defendants identified herein and does not apply to any Defendants other than the Defendants listed herein. The Does have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure is therefore appropriate. After this dismissal seventy four (74) Defendants will remain in this action.

Plaintiff hereby dismisses Does 25 and 57 **without prejudice**.

Respectfully submitted,

Plaintiff reFX Audio Software, Inc.

By its attorneys,
Simmons Browder Gianaris
Angelides & Barnerd LLC

Dated:  July 2, 2013            By:  /s/ Paul A. Lesko
                                          Paul A. Lesko – IL Bar No. 6288806
                                          One Court Street
                                          Alton, IL 62002
                                          Ph: 618.259.2222
                                          Fax: 618.259.2251
                                          plesko@simmonsfirm.com

                                          Patrick J. Keating – IL Bar No. 6211380
                                          230 West Monroe
                                          Suite 2221
                                          Chicago, Illinois 60606
                                          Ph: 312-759-7500
                                          Fax: 312-759-7516
                                          pkeating@simmonsfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record.

                                          /s/ *Paul A. Lesko*

                                          ***Attorney for Plaintiff reFX Audio Software, Inc.***