IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| reFX AUDIO SOFTWARE, INC., | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) Case No. 1:13-CV-01790 ) |
| Does 1-85, | ) Hon. Edmond E. Chang ) |
| *Defendants.* | ) ***JURY TRIAL DEMANDED*** ) |

## DISMISSAL OF DOE NOS. 7, 15, 68, 69, 79, AND 81
## PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(i)

Plaintiff hereby files this Notice of Dismissal of Doe Numbers 7, 15, 68, 69, 79, and 81. This Notice of Dismissal is specific to the 6 Doe Defendants identified herein and does not apply to any Defendants other than the Defendants listed herein. The Does have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure is therefore appropriate. After this dismissal sixty eight (68) Defendants will remain in this action.

Plaintiff hereby dismisses Doe Defendants 7, 15, 68 and 79 **without prejudice**.

Plaintiff hereby dismisses Doe Defendants 69 and 81 **with prejudice**.

Dated: July 16, 2013

Respectfully submitted,
reFX Audio Software, Inc.

By its Attorneys,
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

By: /s/ Paul A. Lesko
Paul A. Lesko – IL Bar No. 6288806
One Court Street
Alton, IL 62002
Ph: 618.259.2222
Fax: 618.259.2251
plesko@simmonsfirm.com

Patrick J. Keating – IL Bar No. 6211380
230 West Monroe
Suite 2221
Chicago, Illinois 60606
Ph: 312-759-7500
Fax: 312-759-7516
pkeating@simmonsfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 16th day of July, 2013, a true and accurate copy of the foregoing was filed via the Court's Electronic Case Filing system ("ECF") upon all counsel of record:

/s/ *Paul A. Lesko*
Paul A. Lesko - Simmons, Browder, Gianaris, Angelides & Barnerd, LLC