**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| reFX Audio Software | ) ) ) ) | No. 13 C 1790 |
| v. | ) ) ) ) ) ) | Judge Edmond E. Chang |
| Does 1-85 | ) | |

**ORDER**

Based on the voluntary dismissals, the Clerk's Office shall terminate Defendants Does 35, 36, 38, 52, 60, 67, 71, 73; 10; 25, 57; 7, 15, 68, 69, 79, 81; and 39.

ENTERED:

    s/Edmond E. Chang
Honorable Edmond E. Chang
United States District Judge

DATE: September 17, 2013