IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| reFX AUDIO SOFTWARE, INC., ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> Does 1-85, ) <br> ) <br> *Defendants.* ) <br> ) | Case No. 1:13-CV-01790 <br><br> Hon. Edmond E. Chang <br><br> **JURY TRIAL DEMANDED** |

### DISMISSAL OF DOE NOS. 4, 14, AND 28 PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(i)

Plaintiff hereby files this Notice of Dismissal of Doe Numbers 4, 14, and 28. This Notice of Dismissal is specific to the 3 Doe Defendants identified herein and does not apply to any Defendants other than the Defendants listed herein. The Does have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure is therefore appropriate. After this dismissal sixty four (64) Defendants will remain in this action.

Plaintiff hereby dismisses Doe Defendants 14 and 28 **without prejudice**.

Plaintiff hereby dismisses Doe Defendant 4 **with prejudice**.

October 8, 2013

Respectfully submitted,
Plaintiff reFX Audio Software, Inc.

By its attorneys
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

By: /s/ *Paul A. Lesko*
Paul A. Lesko – IL Bar No. 6288806
One Court Street
Alton, IL 62002
Phone: 618.259.2222
Fax: 618.259.2251
plesko@simmonsfirm.com

Patrick J. Keating
230 W. Monroe Street, Suite 2221
Chicago, IL 60606
Phone: (312) 759-7518
Fax: (312) 759-7516
pjk@keatinglawgroup.com

*Attorneys for Plainitff reFX Audio Software, Inc*

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record.

/s/ *Paul A. Lesko*
*Paul A. Lesko – Simmons, Browder, Gianaris, Angelides & Barnerd, LLC*